**Argie M. BESS, Appellant,**

v.

**Jose THOMAS–RICHARDS, D.O., et al., Respondents.**

**No. WD 36738.**

Missouri Court of Appeals,
Western District.

Nov. 26, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Jan. 28, 1986.

Application to Transfer Denied March 25, 1986.

Elwyn L. Cady, Jr., Independence, for appellant.

Christopher C. Iliff, Bagby, Jacob & Iliff, Kansas City, for respondents.

Before MANFORD, P.J., and PRITCHARD and LOWENSTEIN, JJ.

## ORDER

PER CURIAM.

The plaintiff appeals from a directed verdict at the close of her evidence in a suit for medical malpractice. Judgment is affirmed. Rule 84.16(b).

**In the Interest of T.P., a Minor, under 17 years of age.**

**JUVENILE OFFICER, Respondent,**

v.

**Nancy L. WALKER, Natural Mother, Appellant.**

**No. WD 36849.**

Missouri Court of Appeals,
Western District.

Nov. 26, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Jan. 28, 1986.

Application to Transfer Denied March 25, 1986.

Fred Dannov, Columbia, for appellant.

Bruce Harty Beckett, Columbia, for respondent.

Before NUGENT, P.J., and SHANGLER and MANFORD, JJ.

## ORDER

PER CURIAM.

Direct appeal from a judgment ordering that the custody of the minor child be placed with the Missouri Division of Family Services.

Judgment affirmed. Rule 84.16(b).